JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:21-cv-07824-ODW (PVCx) | Date | January 27, 2022 |
|---|---|---|---|
| Title | *Thuy Thanh Alonzo v. Aviator Nation, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   **Order DISMISSING Case**

On January 19, 2022, the Court issued an Order to Show Cause regarding Plaintiff's participation in the preparation of the Rule 26(f) report. (Min. Order, ECF No. 20.) The Court ordered Plaintiff to file a brief and supporting materials by January 26, 2022, and warned that failure to respond could result in the imposition of either a $1,000 monetary sanction or a dismissal sanction.

As of today's date, the Court has not received Plaintiff's response to its Order to Show Cause. Accordingly, the Court concludes that Plaintiff has not participated in the preparation of the Rule 26(f) Report and does not have an intention to do so. Consistent with the Court's January 19, 2022 Order to Show Cause and this Court's Scheduling Conference Order, (ECF No. 16), the court **DISMISSES** this action for failure to participate in the preparation of the Rule 26(f) Report and to otherwise comply with Court orders. The trial and all other dates and deadlines in this matter are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

|   | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |